**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Henry Lee TAYLOR, Jr., a/k/a James Blair, a/k/a Junebug, a/k/a Bug, a/k/a J.B., Defendant–Appellant.**

**No. 15–7339.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 11, 2016.

Decided: Jan. 26, 2016.

Henry Lee Taylor, Jr., Appellant Pro Se. Robert Edward Bradenham II, Assistant United States Attorney, Newport News, Virginia; Dee Mullarkey Sterling, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before KEENAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lee Taylor, Jr., appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Taylor*, No. 4:11–cr–00055–AWA–DEM–1 (E.D.Va. Aug. 14, 2015). Taylor's motion to seal is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*